IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JONTAE KEEL, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-59 |
| v. | CRIMINAL NO.:   4:20-cr-124-4 |
| | APPEAL NO.:   23-13606-H |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 3rd day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA